FILED
DEC 12 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

TASSIA ANN-LORENE SELLERS-TURNER, a/k/a Tassia Sellers,

    *Defendant.*

Case No. CR 23-208 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(1), 1151, & 1153]

On or about September 9, 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TASSIA ANN-LORENE SELLERS-TURNER, a/k/a Tassia Sellers**, an Indian, did assault Victim with intent to commit murder, to wit: by stabbing Victim multiple times with a knife, in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153.

## COUNT TWO

### ASSAULT WITH A DANGEROUS WEAPON WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about September 9, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **TASSIA ANN-LORENE SELLERS-TURNER, a/k/a Tassia Sellers**, an Indian, did assault Victim with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

1

## COUNT THREE

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(6), 1151, & 1153]**

On or about September 9, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **TASSIA ANN-LORENE SELLERS-TURNER, a/k/a Tassia Sellers**, an Indian, did assault Victim, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

T. CAMERON MCEWEN, AL Bar #7161-R67M
Assistant United States Attorney

2